ANNIE LOCHS, an Infant, by ANSON M. BEARD, Her Guardian ad Litem, Respondent, *v.* ADOLPH HERRMANN et al., Appellants,

*Lochs* v. *Herrmann,* 108 App. Div. 366, affirmed.
(Argued May 1, 1906; decided May 15, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*William N. Cohen* and *Frank Verner Johnson* for appellants.

*John De Witt Warner* and *Frank M. Wells* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER WILLARD BARTLETT and HISCOCK, JJ.